IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN WILLIAMS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 07-4894 |
| | : | |
| DAVID GIGUGLIELMO, ET AL. | : | |

**ORDER**

AND NOW, this __16th__ day of __May__, 2008, upon consideration of The Motion For Extension Of Time To File Objections To The Report And Recommendation Of Magistrate Judge Angell, filed by Franklin Williams pro se[1], it is ORDERED that the Motion For Extension Of Time is DENIED. It is further ORDERED that the Report and Recommendation is APPROVED and ADOPTED, and the Petition For Writ Of Habeas is DENIED as time barred under 28 U.S.C. § 2244(d)(1).

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.

---

[1] A Petition For Writ Of Habeas Corpus was filed by private counsel, Norris E. Gelman, Esquire on behalf of Franklin Williams. The Report and Recommendation which properly recommended denial of the Petition For Writ Of Habeas Corpus as time barred, was filed by Magistrate Judge Angell on April 10, 2008. Counsel filed no objections to the Report and Recommendation.